In the Matter of the Accounting of WESTCHESTER TRUST COMPANY, as Substituted Trustee under the Will of ABIJAH CURTISS, Deceased, Appellant and Respondent.

FREDERIC H. CURTISS et al., Respondents and Appellants.

Argued May 23, 1941; decided October 23, 1941.

*Edmond M. Hanrahan, William H. Coogan* and *Gerald Donovan* for petitioner, appellant and respondent.

*W. Chantler Arbuckle* for Frederic H. Curtiss et al., respondents and appellants.

*Paul L. Bleakley,* special guardian, and *W. Chantler Arbuckle* for Robert and Curtiss Dietrich, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.